# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2006

130734

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MAURICE PATTERSON,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130734
COA: 268158
Muskegon CC: 01-046121-FH

On order of the Court, the application for leave to appeal the March 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

l0920